*Revised AO 45 (WDNC-03/07)*
NEW CRIMINAL CASE COVER SHEET                                    U. S. DISTRICT COURT
*(To be used for **all** new Bills of Indictments and Bills of Information)*

**CASE SEALED:**   ( ) Yes        (X) No        **DOCKET NUMBER:** _____
*(If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**CASE NAME**   :   U.S. v. Rodney Reed Caverly

**COUNTY OF OFFENSE**   :   Western District of North Carolina

**RELATED CASE INFORMATION**   :

   *Magistrate Judge Case Number*   :   _____
   *Search Warrant Case Number*      :   _____
   *Miscellaneous Case Number*       :   _____
   *Rule 20b*                        :   _____

**SERVICE OF PROCESS** - ***Summon***_____

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight)*:   ☐ Petty   ☐ Misdemeanor   **X** Felony

Title 18   U.S.C. Section 1030(a)(4)

**JUVENILE**   :   Yes      **X** No

**ASSISTANT U. S. ATTORNEY**   :   Thomas A. O'Malley
                                    (Include Only if there are victims in the case)
**VICTIM / WITNESS COORDINATORS** :   Lynne.Crout@usdoj.gov   (Asheville & Statesville cases only)
                                       Shirley.Rutledge@usdoj.gov
                                       Ulricia.Kennedy@usdoj.gov

**INTERPRETER NEEDED**           :   _____
**LIST LANGUAGE AND/OR DIALECT:**   _____

**REMARKS AND SPECIAL INSTRUCTIONS:**